NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| IVAN D. FOSTER, <br><br> Plaintiff, <br><br> v. <br><br> DR. STEPHEN KLASKO, *et al.*, <br><br> Defendants. | Civil No. 20-1905 (RBK/JS) <br><br> **ORDER** |

**KUGLER**, United States District Judge:

**THIS MATTER** coming before the Court upon *pro se* Plaintiff Ivan D. Foster's Verified Complaint (Doc. No. 1 ("Compl.")) and application to proceed *in forma pauperis* ("IFP") (Doc. No. 1-1); and for the reasons set forth in the accompanying Opinion of this date

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and the Clerk of Court shall close this case.


Dated: 02/26/2020                                          /s/ Robert B. Kugler
                                                         ROBERT B. KUGLER
                                                         United States District Judge